**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SUZANNE MARSTELLER, | : | CIVIL ACTION |
| | : | |
| *Plaintiff,* | : | NO. 1:22-CV-00546-JPW |
| | : | |
| v. | : | |
| | : | |
| RIVER SUPPLY, INC., | : | |
| | : | |
| *Defendant.* | : | ELECTRONICALLY FILED |
| | : | |
| | : | |
| | : | |
| | : | |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant, River Supply, Inc., certifies that the foregoing entity does not have a parent corporation and that no publicly held corporation owns 10% or more of River Supply, Inc.

Respectfully submitted,

PILLAR AUGHT LLC

By:   /s/ *Lindsey E. Snavely*
Lindsey E. Snavely, Esquire
Attorney I.D. No. 308145 (PA)
lsnavely@pillaraught.com
Cory A. Iannacone, Esquire
ciannacone@pillaraught.com
Attorney I.D. No. 200530 (PA)
4201 E. Park Circle

1

2

Harrisburg, PA 17111
(717) 308-9910

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2022, a true and correct copy of the foregoing

document was served electronically on the following:

Larry A. Weisberg, Esquire
Derrek W. Cummings, Esquire
Steve T. Mahan, Esquire
Michael J. Bradley, Esquire
WEISBERG CUMMINGS, P.C.
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
lweisberg@weisbergcummings.com
dcummings@weisbergcummings.com
smahan@weisbergcummings.com
mbradley@weisbergcummings.com
*Attorneys for Plaintiff*

I understand that notice of this filing will be sent to all parties of record by

operation of the Court's electronic filing system, and that parties may access this

filing through the Court's system.

/s/ *Lindsey E. Snavely*